Case 3:17-cr-00239-N Document 3 Filed 03/31/17 Page 1 of 2 PageID 3

SEALED

NORTHERN DISTRICT OF TEXAS
FILED

MAR 31 2017

CLERK, U.S. DISTRICT COURT
By_____
Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 3-17- MJ-257-BF |
| | ) |
| JUSTIN SHAFER | ) |

## MOTION FOR DETENTION

COMES NOW the United States by and through its Special Assistant United States Attorney and files this motion for pretrial detention under Title 18, United States Code, Section 3141, et seq., and would show the Court the following:

1. The pending case involves:

[ ] (A) A crime of violence

[ ] (B) An offense for which the maximum sentence is life imprisonment or death.

[ ] (C) An offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act, the Controlled Substances Import and Export Act or the Maritime Drug Law Enforcement Act.

[ ] (D) A felony committed after the Defendant had been convicted of two or more prior offenses described in Title 18, United States Code, Section 3142(f)(1)(A)-(C) or comparable state or local offense.

[ ] (E) A felony that involves a minor victim or that involves the possession or use of a firearm or destructive device (as those terms are defined in section 921), or any other dangerous weapon, or involves a failure to register under section 2250 of title 18, United States Code.

[ ] (F) A serious risk that the Defendant will flee.

[X] (G) A serious risk that the person will obstruct or attempt to obstruct justice, or attempt to threaten, injure or intimidate a prospective witness or juror.

[ ] (H) An offense committed by the Defendant while released pending trial or sentence, or while on probation or parole requiring an initial 10 day detention pursuant to 18 U.S.C. § 3142(d).

[ ] (I) An offense committed by the above named defendant who is not a citizen of the United States or lawfully admitted for permanent residence requiring an initial 10 day detention under the provisions of 18 U.S.C. § 3142(d).

2. No condition or combination of conditions will:

[ ] (A)   Reasonably assure the appearance of the person as required.

[X]   (B)   Reasonably assure the safety of the community or any other person.

The United States may advocate additional reasons for detention other than those indicated above as the investigation proceeds and new information becomes available.

Pursuant to 18 U.S.C. Section 3142, the United States moves that the detention hearing be continued for **three (3)** days so that the United States can prepare for said hearing.

WHEREFORE, PREMISES CONSIDERED, the Government requests that the Defendant be held without bond.

Respectfully submitted,
JOHN R. PARKER
UNITED STATES ATTORNEY

By: *Douglas W. Gardner* (signature)

Douglas W. Gardner
Special Assistant U.S. Attorney
State Bar No. 24007223
816 Congress Avenue, Suite 1000
Austin, Texas 78701
(512) 916-5858