# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

UNITED STATE OF AMERICA
V.
JUSTIN SHAFER

**EXHIBIT AND WITNESS LIST**

Case Number: 3:17-MJ-257 BF

| PRESIDING JUDGE<br>Magistrate Judge Renee Harris Toliver | PLAINTIFF'S ATTORNEY<br>Douglas Gardner | DEFENDANT'S ATTORNEY<br>Lara Wynn |
|---|---|---|
| TRIAL DATE (S)<br>Detention Hearing 4/6/2017 | COURT REPORTER<br>FTR | COURTROOM DEPUTY<br>Jane Amerson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/6/2017 | X | X | Twitter posts |
| 2 | | 4/6/2017 | X | X | Twitter posts |
| 3 | | 4/6/2017 | X | X | Copy of Justin Shafter Address and e-mail address |
| 4 | | 4/6/2017 | X | X | Google maps location for Nathan Hopp possible residence |
| 5 | | 4/6/2017 | X | X | Facebook page for Justin Shafer |
| 6 | | 4/6/2017 | X | X | Facebook Instant Message from Justin Shafer to Nathan Hopp's wife |
| 7 | | 4/6/2017 | X | X | Copy of e-mail from Justin Shafter g-mail account dated 3/29/2017 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.